UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:18-cr-00028-MOC-DSC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | AMENDED ORDER |
| | ) | |
| **DAVID RUSSELL CRANDELL,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the government's Motion to Dismiss Bill of Information without Prejudice. Having considered the government's motion and reviewed the pleadings, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the government's Motion to Dismiss Bill of Information without Prejudice (#2) is GRANTED, and the Bill of Information is DISMISSED without prejudice.

Signed: January 31, 2018

Max O. Cogburn Jr.
United States District Judge

1